IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

BILLY HOWARD SCANTLAND, )
)
v. ) 2:11-00083
)
MICHAEL J. ASTRUE, Commissioner of Social )
  Security. )

**O R D E R**

    Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment be denied and the decision of the Commissioner be affirmed. The Plaintiff has filed objections to the Report and Recommendation, Document #19.

    In this appeal, the Plaintiff objects to the finding of the Administrative Law Judge and the Magistrate Judge that the Plaintiff is not disabled. This recommendation is contrary to the finding of two treating physicians but is supported by the testimony of other physicians. The Administrative Law Judge set forth sufficient basis for his rejection of the treating physicians' opinions. The Magistrate Judge considered these objections as has this Court. The decision of the Administrative Law Judge and the recommendation of the Magistrate Judge are supported by substantial evidence and the same are affirmed.

    Plaintiff's Motion for Judgment on the Administrative Record, Document #15, is **DENIED,** the decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED**.

    It is so **ORDERED**.

                                                                          Thomas A. Wiseman, Jr.
                                                                          Senior U.S. District Judge